# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 18-2852

———————————————

United States of America

*Plaintiff - Appellee*

v.

Derrick J. White

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Western District of Missouri - Kansas City

——————————

Submitted: April 23, 2019
Filed: April 26, 2019
[Unpublished]

——————————

Before LOKEN, GRUENDER, and SHEPHERD, Circuit Judges.

——————————

PER CURIAM.

Derrick White directly appeals the sentence the district court[1] imposed after he pleaded guilty to a firearm offense, pursuant to a plea agreement containing an appeal

———————————————

[1]The Honorable Greg Kays, United States District Judge for the Western District of Missouri.

waiver. His counsel has moved to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the sentence as substantively unreasonable.

We will enforce the appeal waiver in this case because White entered into the plea agreement and the appeal waiver knowingly and voluntarily, his challenge to the sentence falls within the scope of the appeal waiver, and no miscarriage of justice would result from enforcing the waiver. <u>See</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010) (standard of review); <u>United States v. Andis</u>, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (discussing enforcement of appeal waivers). Further, we have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the appeal waiver.

Accordingly, we grant counsel's motion to withdraw and dismiss this appeal.

_____